```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 14488
   PAUL D FILLMORE
   JANICE K FILLMORE                            CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-4439      SSN XXX-XX-0769
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/07/06 and confirmed on 01/25/07.

2. The plan is paid in full.

3. The Debtor paid a total of $ 21106.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| LEROY J & WILMA SACHEN | CURRENT MORTG | .00 | .00 | .00 |
| GENERAL MILLS CREDIT UNI | SECURED VEHIC | .00 | .00 | .00 |
| GENERAL MILLS CREDIT UNI | SECURED VEHIC | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2215.64 | .00 | 551.29 |
| CAPITAL ONE BANK | UNSECURED | 6446.11 | .00 | 1603.91 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 25836.57 | .00 | 6428.61 |
| B REAL LLC | UNSECURED | 8978.98 | .00 | 2234.13 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 12175.39 | .00 | 3029.46 |
| ECAST SETTLEMENT CORP | UNSECURED | 901.81 | .00 | 224.39 |
| ECAST SETTLEMENT CORP | UNSECURED | 790.24 | .00 | 196.63 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13897.62 | .00 | 3457.98 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2921.58 | .00 | 726.94 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 74163.94 | .00 | 74163.94 |
| PRINCIPAL PAID | .00 | .00 | 18453.34 | .00 | 18453.34 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 18453.34 | .00 | 18453.34 |

The Debtor's attorney, C DAVID WARD                  , was allowed $ 2700.00 and was paid $ 1500.00 direct and $ 1200.00 through the plan.

The Trustee received $ 1106.66 .

Refunds to the Debtor totaled $ 346.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/16/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```